1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

**United States District Court**
**Southern District of California**
(Hon. Peter C. Lewis)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Criminal Case No. 08CR1278DMS(PCL) |
| Plaintiff,            ) | **Certificate of Service by ECF** |
| v.            ) | |
| WILLIAM NAVARRO, and ENRIQUE GOMEZ,            ) | |
| Defendants.            ) | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On April 29, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1. Notice of Motion and Motion to Take the Videotaped Deposition of Material Witness and Thereafter Release Him From Custody

2. Points and authorities supporting that motion

3. Declaration of Attorney Ned Lynch supporting that motion

**Served On**

| | | |
|---|---|---|
| Office of the U.S. Attorney (served via ECF) | Attorney Roseline Dergregorian (served via ECF) | Federal Defenders of San Diego (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: April 29, 2008                    s/Ned Lynch
                                         Ned Lynch