1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney At Law
2  110 West C Street, Suite 1407
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

**United States District Court**
**Southern District of California**
(Hon. Peter C. Lewis)

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1278DMS(PCL) |
|---|---|---|
| Plaintiff, | ) | **Certificate of Service by ECF** |
| v. | ) | |
| WILLIAM NAVARRO, and ENRIQUE GOMEZ, | ) | |
| Defendants. | ) | |

I, Ned Lynch, declare that at the time of the service of the document(s) noted below, I was at least 18 years of age and not a party to the lawsuit noted above. My business address is 110 West C Street, Suite 1407, San Diego, CA 92101. On May 9, 2008 I served the document(s) noted below by ECF to the person(s) at the e-mail addressed listed by the ECF system for the Southern District of California.

**Document(s) Served**

1. Reply Points and Authorities Supporting The Videotaped Deposition of Material Witness and Thereafter Release Him From Custody

**Served On**

| Office of the U.S. Attorney | Attorney Roseline Dergregorian | Federal Defenders of San Diego |
|---|---|---|
| (served via ECF) | (served via ECF) | (served via ECF) |

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.

Dated: May 9, 2008                            s/Ned Lynch
                                              Ned Lynch

1