```
JONATHAN DAVID FRANK, ESQ.
160 Thorn Street, Ste. 2
San Diego, CA 92103
(619) 291-4475
State Bar No. 89384
```

Attorney for Material Witness(es)

FILED
08 MAY 29 PM 4:00
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br>v.<br>WILLIAM NAVARRO, et. al.,<br>   Defendant. | Crim.Case No.08CR1278DMS<br>Magistrate No. 08MJ8321<br><br>ORDER RELEASING<br><u>MATERIAL WITNESS(ES)</u><br><br>JORGE ARELLANO-CASILLAS |

The parties having reached a resolution of the above-entitled matter, hereby stipulate to the herein order:

IT IS HEREBY ORDERED that the following named person(s) heretofore committed to the custody of the United States Marshal as a material witness(es) be released from custody:

JORGE ARELLANO-CASILLAS

Dated: 5-29-08

_____
UNITED STATES MAGISTRATE/DISTRICT JUDGE

Approved:

_____
Assistant U.S. Attorney

_____
Attorney for Material Witness

_____
Attorney for Defendant Gomez

_____
Attorney for Defendant Navarro