**ROSELINE D. FERAL**
Attorney at Law
State Bar No.128788
444 West "C" Street, Suite 310
San Diego, California 92101
Telephone:   (619) 232-1010
Facsimile:    (619) 231-2505

Attorney for Defendant
**ENRIQUE GOMEZ**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATERS OF AMERICA,   )<br>                    Plaintiff,     )<br>                                          )<br>VS.                                   )<br>                                          )<br>                                          )<br>                                          )<br>                                          )<br>                                          )<br>ENRIQUE GOMEZ,                )<br>                                          )<br>                    Defendants. )<br>                                          ) | Case No. 08CR1278-DMS<br><br>**MOTION TO JOIN CO-DEFENDANT'S MOTIONS** |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:


    PLEASE TAKE NOTICE THAT ENRIQUE GOMEZ, the defendant, by and through his counsel, Roseline D. Feral, hereby provides notice of his joinder in the pretrial motions filed by co-defendant WILLIAM NAVARO's attorney ROBERT HENSSLER filed on or about May 16, 2008.

1  Dated: July 11, 2008
                                                    Respectfully submitted,
2

3                                                    /s/ *Roseline D. Feral*
                                                    ROSELINE D. FERAL
4  _____ Attorney for defendant
                                                    ENRIQUE GOMEZ
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28