UNITED STATES v. **ENRIQUE GOMEZ**
District Court Number: 08CR1278-DMS

CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of San Diego County located in the Southern District of California. I am over the age of 18 years and not a party to the within action. My office address is 444 West C Street, Suite 310, San Diego, California 92101.

On July 11, 2008, I personally caused service of DEFENDANT'S MOTION TO JOIN CODEFENDANTS MOTIONS by electronically filing the foregoing with the Clerk of the District Court using the ECF System, which electronically notifiesthe parties to the following parties:

CARLOS ARGUELLO
ASSISTANT UNITED STATES ATTORNEY
880 Front Street, Suite 6293
San Diego, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed this  11th  day of July, 2008, at San Diego, California.

                                               s/ Roseline D. Feral
                                             ROSELINE D. FERAL