FILED
JUL 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08cr1278DMS |
| Plaintiff, | I N F O R M A T I O N |
| | (Superseding) |
| v. | |
| | Title 8, U.S.C., Secs. |
| | 1324(a)(1)(A)(ii) and (v)(II) - |
| ENRIQUE GOMEZ (2), | Attempted Transportation of |
| | Illegal Aliens and Aiding and |
| Defendant. | Abetting |

The United States Attorney charges:

On or about April 11, 2008, within the Southern District of California, defendant ENRIQUE GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Arellano-Casillas, had come to, entered and remained in the United States in violation of law, did attempt to transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 7/10/08.

KAREN P. HEWITT
United States Attorney

C. Arguello
Carlos Arguello
Assistant U.S. Attorney