AO 455 (Rev. 5/85)   Waiver of Indictment

FILED
JUL 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___gk___ DEPUTY

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Enrique Gomez

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR01278-DMS

I, ENRIQUE GOMEZ, the above named defendant, who is accused of

TITLE 8, USC §1324(a)(1)(A)(ii) and (v)(II)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Enrique Gomez
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer